

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas St.*
*White Plains, New York 10601*

September 23, 2020

**BY EMAIL**

Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    <u>**United States v. Marcus McKoy, 20-MAG-10162**</u>

Dear Judge McCarthy:

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney for the
    Southern District of New York

by: /s/ T. Josiah Pertz
    T. Josiah Pertz
    Assistant United States Attorney
    (914) 933-1966

SO ORDERED:

_____ 9-23-2020
JUDITH C. McCARTHY
United States Magistrate Judge