UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | -CR-   (  ) (  ) |
| | 20 Mag 10162 |
| Marcus McKoy | |
| Defendant(s). | |

-----------------------------------------------------------------X

Defendant __Marcus McKoy_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or ___ teleconferencing:

_x_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


_Marcus McKoy_____          _[signature]_____
Defendant's Signature                                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Marcus McKoy_____          _Benjamin Gold_____
Print Defendant's Name                                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_9/23/2020_____                         _Judith C. McCarthy_____
Date                                                                 U.S. District Judge/U.S. Magistrate Judge