UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                  **SCHEDULING ORDER**

      -against-                                  20 Mag. 10162

MARCUS MCKOY,

                      Defendant.
-------------------------------------------------------X

TO ALL PARTIES:

    The Court has scheduled an Arraignment for March 24, 2021 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy. To access the conference, counsel should call 877-873-8017 and use access code 4264138.

    Members of the press and public may call the same number, but will not be permitted to speak during the conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. *See* Local Civil Rule 1.8. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

    Counsel should be sure to consult the Court's Emergency Individual Rules and Practices, available on the Court's website, and comply with the rules regarding conferences.

Dated: March 18, 2021
       White Plains, New York

                                                  **SO ORDERED:**

                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge